UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAMELA K. PERRY,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | Case No.  C08-5040RBL-KLS<br><br>ORDER REGARDING SERVICE OF COMPLAINT |

      This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1)(B),  Local Rule MJR 4(a)(4), and as authorized by <u>Matthews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  Plaintiff has been granted leave to proceed *in forma pauperis* and is proceeding *pro se* in this matter.  The Court hereby finds and orders as follows:

      On January 22, 2008, plaintiff filed her complaint, application to proceed *in forma pauperis* and four summons directed to the Attorney General of the United States, the United States Attorney, the Commissioner of Social Security, and the General Counsel for the Social Security Administration. (Dkt. #1). On February 11, 2008, the Court granted plaintiff's application, conferring *in forma pauperis* upon her, and the Clerk submitted the summons submitted by plaintiff. (Dkt. #2-#3).  However, to date, it does not appear that the summons or complaint has been served.

      Plaintiff "is responsible for having the summons and complaint served within the time allowed by" Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 4(m), and "must furnish the necessary copies to

the person who makes service." Fed. R. Civ. P. 4(c)(1).  Service must be completed "within 120 days after the complaint is filed," in the manner prescribed within Fed. R. Civ. P. 4. Fed. R. Civ. P. 4(m).  Failure to so effect service on defendant may result in dismissal of the action without prejudice or an "order that service be made within a specified time." Id.

As noted above, plaintiff filed the complaint with this Court on January 22, 2008.  As it does not appear that service has been effected in this case, and more than 120 days have passed since the complaint was filed, plaintiff hereby is ordered to complete service of the complaint on defendant in the manner required by Fed. R. Civ. P. 4 by **no later than July 2, 2008**.  **Plaintiff is warned that failure to serve the summons and complaint as described herein by the above date may result in dismissal of this case without prejudice.**

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 2nd day of June, 2008.

Karen L. Strombom
United States Magistrate Judge