UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAMELA K. PERRY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>　　　　　　Defendant. | Case No. C08-5040BHS-KLS<br><br>ORDER DISMISSING<br>COMPLAINT |

　　The Court, having reviewed the Report and Recommendation, any objections thereto, and the remaining record, hereby finds and ORDERS:

　　(1)　the Court adopts the Report and Recommendation;

　　(2)　plaintiff's complaint is DISMISSED without prejudice; and

　　(3)　the Clerk is directed to send copies of this Order to plaintiff and any other party that has appeared in this action.

DATED this 22nd day of August, 2008.

　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE