AO 450 (Rev. 5/85) Judgment in a Civil Case ⊜

# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAMELA K. PERRY

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5040BHS-KLS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff's complaint is DISMISSED without prejudice.

| | |
|---|---|
|   August 27, 2008 |     BRUCE RIFKIN |
| Date | Clerk |
| | |
| |   *s/Caroline M. Gonzalez* |
| | Deputy Clerk |